UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
SEP 13 AM 8:28
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

| UNITED STATES OF AMERICA, | CASE NO. 11CR0613-DMS |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| CHRISTOPHER EARL DUSTRUDE, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_\_ the Court has dismissed the case for unnecessary delay; or

\_X\_ the Court has granted the motion of the Government for dismissal without prejudice; or

\_\_\_\_ the Court has granted the motion of the defendant for dismissal/judgment of acquittal; or

\_\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

\_X\_ of the offense(s) as charged in the Information:

18 USC 2250(a)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9-13-11

Hon. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE